## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

United States of America, Plaintiff,

v.

Brooks Roberts, Judy Roberts, and Timber Roberts Defendants.

### EXHIBIT LIST

Case Number: 1:21-po-00201-CWD

| Presiding Judge: Candy W. Dale | Plaintiff's Attorney: Peter L. Wucetich | Defendant's Attorney: |
| --- | --- | --- |
| Trial Date: August 24, 2021 | Court Reporter: | Courtroom Deputy: Amy Tate |

| Plf No | Def No | Date Offered | Marked | Admitted - Stipulation | Admitted - Authenticity | Admitted - Foundation | Admitted | Description |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | | | | | | | Pictures taken of the campsite on 8/12/21 |
| 2 | | | | | | | | Pictures taken of the campsite on 7/3/21 |
| 3 | | | | | | | | Boise County Dispatch Log |
| 4 | | | | | | | | Body camera video from 7/3/21 |
| 5 | | | | | | | | Body camera video from 5/12/21 |
| 6 | | | | | | | | Body camera video from 4/14/21 |
| 7 | | | | | | | | Body camera footage from 12/2/20 |
| 8 | | | | | | | | Statement of Probable Cause |
| 9 | | | | | | | | Pictures taken of the campsite on 5/12/21 |
| 10 | | | | | | | | Pictures taken of the campsite on 8/10/21 |