# CRIMINAL PROCEEDINGS – Arraignment/Bench Trial
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: Candy W. Dale  
Courtroom Deputy/ESR: Amy Tate  
Date: October 12, 2021  
Time: 2:17-2:23 PM  
Location: Boise, ID

## UNITED STATES OF AMERICA vs. TIMBER ROBERTS
### Case No.: 1:21-po-00201-CWD-1

Counsel for United States: AUSA Robert Firpo  
Defendants: Pro Se

Per the Government's request, the Arraignment on the Superseding Information and Bench Trial set to occur today were VACATED.

Installment Payment Agreement reached for CVB Citation FBHL0019. Court approved and signed Installment Payment Agreement form, as discussed on the record.

Motion and Order to Dismiss entered for CVB Citation FBHL001C.

Installment Payment Agreement & Motion and Order to Dismiss be forwarded to the Central Violations Bureau.